UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AASIR AZZARMI,

                  Plaintiff,

-against-

PORT AUTHORITY OF NY & NJ, ET AL,

                  Defendants.

1:23-CV-6640 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 21, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 21, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge